AMERICAN EQUITABLE ASSURANCE COMPANY OF NEW YORK, Appellant, v. NORMAN S. ARENWALD et al., Copartners Doing Business as HILNOR THEATRE COMPANY, et al., Respondents.— Judgments and orders unanimously affirmed, with one bill of costs to the respondents. No opinion. Present — Martin, P. J., Dore, Cohn, Callahan and Peck, JJ.

ROSE TENORE et al., Appellants, v. NEW YORK CENTRAL RAILROAD COMPANY, Respondent.— Order unanimously affirmed, with costs and disbursements to the respondent. No opinion. Present — Martin, P. J., Dore, Cohn, Callahan and Peck, JJ.

In the Matter of LEO S. SACHAROFF, Appellant, against EDWARD S. CORSI, as Industrial Commissioner of the State of New York, et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ. [See *post*, p. 883.]

WESTERN UNION TELEGRAPH COMPANY, Respondent, v. JOSEPH P. SELLY, Individually and as President of the American Communications Association, C. I. O., et al., Appellants.— Order affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon and Callahan, JJ.; Callahan, J., dissents. [See *post*, p. 894.]

BEAU PHARMACY, INC., et al., Respondents, v. MEYER NITZBERG, Appellant, et al., Defendants.— Order unanimously reversed, with $20 costs and disbursements to the appellant, and the motion denied. No opinion. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ.

EVERLAST METAL PRODUCTS CORP., Respondent, v. CANTERBURY METAL ARTS CORPORATION et al., Appellants, et al., Defendants.— Orders unanimously affirmed, each with $10 costs and disbursements to the respondent, with leave to the defendants-appellants to answer within ten days after service of the order, with notice of entry thereof, on payment of said costs. No opinion. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ.

GEORGE SPITZER et al., Respondents, v. EDUARDO LOPEZ, Appellant.— Order unanimously modified to provide that if defendant comes to New York for the trial, or for any purpose prior to the trial he must submit to examination five days or more prior to the trial. As so modified the order appealed from is affirmed, without costs, and without prejudice to any motion the plaintiffs may deem appropriate to obtain the testimony of the defendant in Colombia on open commission or by written interrogatories. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ.

COMMISSIONERS OF THE STATE INSURANCE FUND v. FARRAND OPTICAL CO., INC., et al.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ. [See *ante*, p. 805.]

THE PEOPLE OF THE STATE OF NEW YORK v. DAVID MONES.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals dismissed without prejudice to an application in accordance with the provisions of section 520 of the Code of Criminal Procedure. Present— Martin, P. J., Townley, Glennon, Dore and Cohn, JJ. [See *ante*, p. 805.]

In the Matter of the Arbitration between HARRY J. GRUBER and ALBERT SHUMAN. PHILIP SCHULMAN.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Martin, P. J., Dore, Cohn, Callahan and Peck, JJ. [See *ante*, p. 807.]